Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiffs

MARK FOWLER (Bar No. 124235)
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@us.dlapiper.com
ERIK R. FUEHRER (Bar No. 252578)
erik.fuehrer@us.dlapiper.com
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ATTORNEYS FOR DEFENDANT
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No.: 4:19-cv-01691-JST<br><br>**JOINT STATUS REPORT AND JOINT STIPULATION WITH [PROPOSED] ORDER TO STAY CASE PENDING APPEALS** |

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively "Uniloc") and Apple Inc. ("Apple") jointly file this status report and stipulation to stay pending appeal of other relevant cases.

**Status Report**

On May 30, 2018, Uniloc filed a First Amended Complaint asserting infringement by Apple Inc. of U.S. Patent No. 6,868,079 ("the '079 patent). Dkt. No. 33. On June 7, 2019, the Court issued an Order Staying Case, Dkt. No. 77, which stayed this action pending the outcome of an appeal in *Uniloc USA, Inc., et al v. Samsung Electronics America, Inc., et al*, 2:18-cv-00042-JRG-RSP, where claim 18 of the '079 patent was found invalid as indefinite.

1       On April 7, 2020, the Court of Appeals for the Federal Circuit resolved the appeal and affirmed the decision of the district court in holding claim 18 of the '079 patent invalid as indefinite.  On May 14, 2020, the Court of Appeals for the Federal Circuit issued the formal mandate.  Uniloc's time to file a petition for writ of certiorari has expired.

        After the June 7, 2019 stay was entered, the PTAB instituted Apple's IPR challenge to claims 17 and 18 (IPR2019-00510), and Motorola's IPR challenge to claim 17 (IPR2020-00038).  The parties stipulated to extend the stay in this case pending issuance of a Final Written Decision by the Patent Trial and Appeal Board in IPR2019-00510 and IPR2020-00038 related to the '079 patent.  *See* Dkt. No. 82.

        On July 22, 2020, the PTAB found claim 17 unpatentable.  In light of the aforementioned invalidity finding with respect to claim 18, the PTAB granted petitioner's request to withdraw the challenges with respect to claim 18.  Uniloc's time to appeal the judgment of the PTAB has expired.

        *Uniloc's Statement*: Uniloc has advised Apple it is asserting all claims of the '079 patent, except those that the PTAB has invalidated.  This would include claims 12 and 14-16, among other, as will be set forth in Uniloc's infringement contentions.

        *Apple's Statement*: Uniloc's May 30, 2018 First Amended Complaint only asserted claims 17 and 18 of the '079 patent.  Both asserted claims have now been invalidated.  Uniloc has no good faith basis to maintain this lawsuit against Apple.

**Stipulation to Stay**

        THE PARTIES STIPULATE to stay this action, pending appeal of this District's decision regarding the Uniloc entities' lack of standing in *Uniloc 2017 LLC v. Google LLC* (Case No. 20-4355 and various related cases); this District's decision regarding Uniloc USA, Inc.'s and Uniloc Luxembourg S.A.'s lack of standing in *Uniloc USA, Inc. et al v. Apple Inc.* (Case No. 18-358); and the District of Delaware's decision regarding Uniloc USA, Inc.'s and Uniloc Luxembourg S.A.'s lack of standing in *Uniloc USA, Inc. et al. v. Motorola Mobility LLC* (Case No. 17-1658).

Those courts held that a third party had the ability to sublicense the patents in the Uniloc portfolio as of the dates those actions were filed; that that ability deprived the Uniloc plaintiffs of constitutional standing to file the actions; and that the court therefor did not have subject matter jurisdiction. As a result, those courts dismissed the actions, and the Uniloc plaintiffs from those cases have filed appeals as those decisions.

Because those decisions appear to create issue preclusion as to various factual and legal issues in this action, and that preclusion may cause this Court to lack subject matter jurisdiction over this action, the parties believe the Court cannot proceed until the Federal Circuit resolves those issues.

The parties therefor STIPULATE, with the consent of the Court, to stay this action until the last of such decisions on the above appeals by the United States Court of Appeals for the Federal Circuit.

Date: January 28, 2021

Respectfully submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiffs


*/s/ Christine K. Corbett*
Mark D. Fowler
Christine K. Corbett
Erik Fuehrer
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ATTORNEYS FOR DEFENDANT
APPLE INC.

## ATTESTATION OF FILER

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Aaron S. Jacobs